# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HARTFORD FIRE INSURANCE COMPANY, et al.,

        Plaintiff(s),

v.

PACIFIC EMPLOYERS INSURANCE COMPANY, et al.,

        Defendant(s).

2:13-CV-55 JCM (PAL)

## ORDER

Presently before the court is defendants', Melvin Shapiro and Shapiro Bros. Investment Corp., motion to dismiss. (Doc. # 39).

To date no response to the motion to dismiss has been filed. On three occasions the court has granted a stipulation to extend time to file the response. (*See* docs. ## 93-94 & 102). The case is currently stayed while the parties participate in a "global mediation." The court denies the pending motion to dismiss as moot in light of the upcoming global mediation. The motion is denied without prejudice and may be re-filed if the mediation attempts are unsuccessful.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss (doc. # 39) be, and the same hereby, is DENIED as moot

DATED July 11, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -