Amy K. Thomas, Nevada State Bar No. 9276
WOLKIN CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 982-9390
Facsimile: (415) 982-4328
Email: athomas@wolkincurran.com

Attorney for Defendant, Counter-Claimant and Cross-Claimant
PACIFIC EMPLOYERS INSURANCE COMPANY

Leonard T. Fink, Nevada State Bar No. 6296
Springel & Fink, LLP
10655 Park Run Drive, Suite 275
Las Vegas, NV 89144
Designated For Nevada Service Only (Local Rule IA 10-1(b)(2))

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

### SOUTHERN DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br> v. <br><br> PACIFIC EMPLOYERS INSURANCE COMPANY, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-PLEADINGS | Case No. 2:13-cv-00055-MMD-PAL <br><br> **REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE** <br><br> Hearing Date: April 8, 2014 <br> Hearing Time: 10:45a.m. <br> Hearing Location: Courtroom 3C |

Undersigned counsel for Defendant, Counter-Claimant and Cross-Claimant Pacific Employers Insurance Company ("PEIC") requests leave to appear telephonically at the April 8, 2014 status conference. This request is made in the interests of efficiency, as counsel for PEIC is based in San Francisco, California, and the April 8th conference is not expected to be more than one-half hour in duration. PEIC's request is also not contrary to the Court's practice and procedure, as telephonic appearances were permitted for the October 8, 2013 hearing in this matter.

///

1

PACIFIC EMPLOYERS INSURANCE COMPANY'S                                   CASE NO. 2:13-CV-00055-JCM-PAL
REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE

Respectfully submitted,

Dated: April 2, 2014

By: *A.K. Thomas*

Amy K. Thomas, Bar No. 9276
WOLKIN • CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 982-9390
Facsimile: (415) 982-4328
Email: athomas@wolkincurran.com

Attorney for Defendant, Counter-Claimant
and Cross-Claimant
PACIFIC EMPLOYERS
INSURANCE COMPANY

**IT IS SO ORDERED.** Counsel is instructed to contact Jeff Miller, Courtroom Deputy, at (702) 464-5420 before 4:00 p.m., April 7, 2014, to indicate the name of counsel participating and a telephone number where counsel may be reached. The courtroom deputy will initiate the call for the hearing on April 8, 2014.

Dated this 3rd day of April, 2014.

Peggy A. Leen
United States Magistrate Judge

2

PACIFIC EMPLOYERS INSURANCE COMPANY'S                CASE NO. 2:13-CV-00055-JCM-PAL
REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE