# EXHIBIT A

| Discovery Request | Date Served | Date of Response |
|---|---|---|
| American's Interrogatories to Continental | 8/4/14 | 9/8/14 |
| American's Requests for Admission to Continental | 8/4/14 | 9/8/14 |
| American's Requests for Production to Continental | 8/4/14 | 9/8/14 |
| American's Interrogatories to Plaintiffs | 8/4/14 | 9/15/14 |
| American's Requests for Admission to Plaintiffs | 8/4/14 | 9/15/14 |
| American's Requests for Production to Plaintiffs | 8/4/14 | 9/15/14 |
| American's Interrogatories to Granite State | 8/4/14 | 9/23/14 |
| American's Requests for Admission to Granite State | 8/4/14 | 9/23/14 |
| American's Requests for Production to Granite State | 8/4/14 | 9/23/14 |
| American's First Set of Interrogatories to PEIC | 8/4/14 | 9/4/14 |
| American's Requests for Admission to PEIC | 8/4/14 | 9/5/14 |
| American's Requests for Production to PEIC | 8/4/14 | 9/5/14 |
| Continental's Interrogatories to Plaintiffs | 8/6/14 | 9/15/14 |
| Continental's Request for Production of Documents to Plaintiffs | 8/6/14 | 9/15/14 |
| Continental's Interrogatories to Granite State | 8/6/14 | 9/23/14 |
| Continental's Request for Production of Documents to Granite State | 8/6/14 | 9/23/14 |
| Continental's Interrogatories to PEIC | 8/6/14 | 9/4/14 |
| Continental's Request for Production of Documents to PEIC | 8/6/14 | 9/5/14 |
| Continental's Interrogatories to USLIC | 8/6/14 | 9/15/14 |
| Continental's Request for Production of Documents to USLIC | 8/6/14 | 9/15/14 |
| Continental's Interrogatories to American | 8/6/14 | 9/15/14 |
| Continental's Request for Production of Documents to American | 8/6/14 | 9/15/14 |
| Plaintiffs' Interrogatories to American | 8/27/14 | Due 9/29/14 |
| Plaintiffs' Interrogatories to Continental | 8/27/14 | Due 9/29/14 |
| Plaintiffs' Interrogatories to Granite State | 8/27/14 | Due 9/29/14 |

Exhibit A to Joint Stipulation and Proposed Order for Limited Modification of Scheduling Order – Page 1     Case No.: 2:13-cv-00055-JCM-PAL

| Discovery Request | Date Served | Date of Response |
|---|---|---|
| Plaintiffs' Interrogatories to USLIC | 8/27/14 | Due 9/29/14 |
| Plaintiffs' Interrogatories to PEIC | 8/27/14 | Due 10/13/14 |
| Plaintiffs' Requests for Production of Documents to American | 8/27/14 | Due 9/29/14 |
| Plaintiffs' Requests for Production of Documents to Continental | 8/27/14 | Due 9/29/14 |
| Plaintiffs' Requests for Production of Documents to Granite State | 8/27/14 | Due 9/29/14 |
| Plaintiffs' Requests for Production of Documents to USLIC | 8/27/14 | Due 9/29/14 |
| Plaintiffs' Requests for Production of Documents to PEIC | 8/27/14 | Due 10/13/14 |
| Plaintiffs' Requests for Admissions to American | 8/27/14 | Due 9/29/14 |
| PEIC's Requests for Admissions to Granite State | 9/8/14 | Due 10/13/14 |
| PEIC's Request for Admissions Plaintiffs | 9/8/14 | Due 10/13/14 |
| PEIC's Requests for Production to Granite | 9/8/14 | Due 10/13/14 |
| PEIC's Requests for Production to Continental | 9/8/14 | Due 10/13/14 |
| PEIC's Requests for Production to Plaintiffs | 9/8/14 | Due 10/13/14 |
| PEIC's Requests for Production to USLIC | 9/8/14 | Due 10/13/14 |
| PEIC's Interrogatories to Granite | 9/8/14 | Due 10/13/14 |
| PEIC's Interrogatories to Continental | 9/8/14 | Due 10/13/14 |
| PEIC's Interrogatories to Plaintiffs | 9/8/14 | Due 10/13/14 |
| PEIC's Interrogatories to USLIC | 9/8/14 | Due 10/13/14 |
| PEIC's Requests for Production of Documents to American | 9/10/14 | Due 10/13/14 |
| PEIC's Interrogatories to American | 9/10/14 | Due 10/13/14 |
| PEIC's Notice of Deposition (Hartford Fire) | 9/12/14 | Noticed for October 1, 2014 |
| PEIC's Notice of Deposition (Hartford Accident) | 9/12/14 | Noticed for October 2, 2014 |
| PEIC's Notice of Deposition (USLIC) | 9/12/14 | Noticed for October 6, 2014 |

Exhibit A to Joint Stipulation and Proposed Order for Limited Modification of Scheduling Order – Page 2     Case No.: 2:13-cv-00055-JCM-PAL

| **Discovery Request** | **Date Served** | **Date of Response** |
|---|---|---|
| PEIC's Notice of Deposition (Granite State) | 9/12/14 | Noticed for September 29, 2014 – Scheduling Objection Raised Due to Attorney Calendar |
| PEIC's Notice of Deposition (Continental) | 9/12/14 | Noticed for September 30, 2014 – Scheduling Objection Raised Due to Attorney Calendar |
| PEIC's Notice of Deposition (American) | 9/12/14 | Noticed for October 3, 2014 |