UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:13-cv-00055-JCM-PAL<br><br>ORDER |

Before the court is Defendants' Notice of Settlement (Dkt. #182) filed October 27, 2014. Within the notice, Defendants state that the remaining litigants in this matter engaged in mediation October 21-22, 2014, and reached a settlement in principle, with the expectation of Plaintiff's complaint and all counter and cross complaints being dismissed following the execution of written mutual releases and receipt of settlement payments to be made to certain parties. It was anticipated that a draft settlement would be circulated during the week of October 27, 2014. To date, no stipulation to dismiss has been filed. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report by **January 22, 2015,** advising the court of the status of settlement in this matter.

DATED this 8th day of January, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1