JAMES R. OLSON
Nevada Bar No. 116
MAX E. CORRICK, II
Nevada Bar No. 6609
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax:   (702) 383-0701
mcorrick@ocgas.com

WAYNE S. KARBAL (admitted *pro hac vice*)
STACY S. FREEL (admitted *pro hac vice*)
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 South Wacker Drive, Suite 1700
Chicago, IL 60606
Phone:       (312) 431-3700
Fax:    (312) 431-3670
wkarbal@karballaw.com
sfreel@karballaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO. 2:13-cv-55-JCM (PAL)<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO DISMISS PURSUANT TO FRCP 41(a)(2)** |

The Parties, and each of them, hereby stipulate that all affirmative claims, counter-claims and cross-claims that the Parties did assert, or could have asserted, against each other in this action are dismissed without prejudice.  Each Party shall bear its own costs and expenses, including attorney's fees and court costs.

1

**IT IS SO STIPULATED.**

Dated: October 27, 2015

| **KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC** | **MURCHISON & CUMMING, LLP** |
|---|---|
| /s/ Stacy S. Freel | /s/ Jean M. Lawler |
| Stacy S. Freel | Jean M. Lawler |
| Admitted Pro Hac Vice | Admitted Pro Hac Vice |
| Attorneys for Hartford Fire Insurance Company; Hartford Accident and Indemnity Company | Attorneys for United States Liability Insurance Company |
| **LINCOLN, GUSTAFSON & CERCOS** | **TROUTMAN SANDERS LLP** |
| /s/ Shannon G. Splaine | /s/ Rebecca L. Ross |
| Shannon G. Splaine | Rebecca L. Ross, Esq. |
| Nevada Bar No. 8241 | Admitted Pro Hac Vice |
| Attorneys for Granite State Insurance Co. | Attorneys for Continental Insurance Company |
| **TRESSLER LLP** | **WOLKIN CURRAN, LLP** |
| /s/ Linda Bondi Morrison | /s/ Amy K. Thomas |
| Linda Bondi Morrison | Amy K. Thomas |
| Admitted Pro Hac Vice | Nevada Bar No. 9276 |
| Attorneys for The American Insurance Company | Attorneys for Pacific Employers Insurance Company |

**ORDER**

**IT IS ORDERED**.

Dated: October  28 , 2015.

_____
UNITED STATES DISTRICT JUDGE

2